IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUZZI FAMILY FARMS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>EAST & WEST GOURMET FOOD, INC.;<br>NAZIFA SIDIQ; RHATEB SIDIQ;<br>BILLAL SIDIQ,<br><br>    Defendants.<br>_____ / | No. C 16-02432 WHA<br><br>**ORDER GRANTING IN PART MOTION FOR TEMPORARY RESTRAINING ORDER; REQUIRING DEFENDANTS TO DEPOSIT FUNDS WITHIN THREE CALENDAR DAYS OF PERSONAL SERVICE** |

Plaintiff Muzzi Family Farms, LLC, has filed an ex parte motion for a temporary restraining order against defendants East & West Gourmet Food, Inc., Nazifa Sidiq, Rhateb Sidiq, and Billal Sidiq. In response to the motion, an order required plaintiffs to promptly serve all defendants within twenty-four hours, ordered defendants to respond to the TRO motion, and set a hearing (Dkt. No. 10). Defendants did not show up at the hearing, though plaintiff reported that defendants had sent a check to plaintiff for $15,000.

As stated at today's hearing, plaintiff's TRO motion is **GRANTED IN PART**. Plaintiff shall promptly personally serve all defendants with this order. Within **THREE CALENDAR DAYS OF PLAINTIFF FILING ITS PROOFS OF PERSONAL SERVICE**, defendants shall deposit with the Court the sum of **$47,121.60** (the principle owed minus $15,000), or pay that amount to plaintiff. If defendants do not deposit that amount or pay plaintiff within three calendar days of being personally served, then all defendants shall be temporarily restrained from spending any

money on anything whatsoever, other than to facilitate payment to plaintiff, and are also restrained from accessing or using any bank account, other than for the purposes of paying plaintiff.

Plaintiff is hereby **ORDERED TO PROMPTLY PERSONALLY SERVE THIS ORDER ON ALL DEFENDANTS**. Plaintiff may serve a courtesy copy of this order on any of defendants' banks. If plaintiff wishes to bind a bank to any action, however, it must file a noticed motion to freeze any assets in possession of that bank. A preliminary injunction hearing is hereby set for **JUNE 16, 2016, AT EIGHT A.M.** Defendants shall file an opposition to plaintiff's preliminary injunction motion by **MAY 26**. Plaintiff's reply shall be filed by **JUNE 2**. Due to the nature of the issue presented by this action, plaintiff is not required to deposit a bond.

**IT IS SO ORDERED.**

Dated: May 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2