IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUZZI FAMILY FARMS, LLC,

    Plaintiff,

  v.

EAST & WEST GOURMET FOOD, INC.; NAZIFA SIDIQ; RHATEB SIDIQ; BILLAL SIDIQ,

    Defendants.

No. C 16-02432 WHA

**ORDER REQUIRING STATEMENT ON STATUS OF CASE**

On May 12, 2016, the Court granted a temporary restraining order following a hearing. A preliminary injunction was scheduled for June 16, 2016. The Court notes that no filings have been made despite the schedule for briefing on the preliminary injunction. Therefore, this order requires plaintiffs to submit a statement concerning the status of the case by **JUNE 14, 2016, AT NOON**. The Court expects plaintiff's counsel to appear at the hearing even if defendants make no appearance. Even though a proof of service has been filed, counsel will please make a courtesy call to defendants notifying them of the June 16, 2016, hearing.

**IT IS SO ORDERED.**

Dated: June 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE