IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUZZI FAMILY FARMS, LLC, | No. C 16-02432 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| EAST & WEST GOURMET FOOD, INC.; NAZIFA SIDIQ; RHATEB SIDIQ; BILLAL SIDIQ, | |
| Defendants. | |

Plaintiff has requested that the Court vacate the hearing on the motion for preliminary hearing, which is currently scheduled for June 16, 2016. The hearing on the preliminary injunction is hereby **VACATED**. Plaintiff's counsel, however, must immediately notify defendants that the hearing has been vacated (even though defendants have not appeared).

Plaintiff should be aware that under Rule 65, the temporary restraining order expired 14 days after its entry.

**IT IS SO ORDERED.**

Dated: June 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE