IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUZZI FAMILY FARMS, LLC, | No. C 16-02432 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| EAST & WEST GOURMET FOOD, INC.; NAZIFA SIDIQ; RHATEB SIDIQ; BILLAL SIDIQ, | |
| Defendants. / | |

The case management conference scheduled for August 4, 2016, is hereby continued to **AUGUST 18, 2016, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE