1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUZZI FAMILY FARMS, LLC,

        Plaintiff,

  v.

EAST & WEST GOURMET FOOD, INC.;
NAZIFA SIDIQ; RHATEB SIDIQ;
BILLAL SIDIQ,

        Defendants.
_____/

No. C 16-02432 WHA

**ORDER DENYING REQUEST TO
APPEAR TELEPHONICALLY**

      The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone and, therefore, the Court must **DENY** plaintiff's request.

      **IT IS SO ORDERED.**

Dated:  August 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE