IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUZZI FAMILY FARMS, LLC, | No. C 16-02432 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EAST & WEST GOURMET FOOD, INC.; NAZIFA SIDIQ; RHATEB SIDIQ; BILLAL SIDIQ, | |
| Defendants. | |

For the reasons stated in the order granting default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants. **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE